Ray Henry FAISON, Appellant,

v.

W.I. LEBLANC, Jr., Warden; David Good, A.W. Medical; Trung M. Tran, M.D.; United States of America, Appellees.

No. 06–2275.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 21, 2007.

Filed: Oct. 10, 2007.

Ray Henry Faison, Miami, FL, pro se.

---

1. The Honorable Michael J. Davis, United States District Judge for the District of Minnesota.

196

Lonnie F. Bryan, Asst. U.S. Attorney, U.S. Attorney's Office, Minneapolis, MN, for Appellees.

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Former federal inmate Ray Henry Faison filed a complaint under the Federal Tort Claims Act (FTCA) and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), claiming inadequate medical care. The district court[1] dismissed the FTCA claim without prejudice, because Faison did not exhaust his administrative remedies prior to filing his complaint, and dismissed the *Bivens* claims with prejudice, because Faison failed to state an Eighth Amendment claim. After de novo review, *see LeMay v. U.S. Postal Serv.,* 450 F.3d 797, 799 (8th Cir.2006) (lack of subject matter jurisdiction); *Springdale Educ. Ass'n v. Springdale Sch. Dist.,* 133 F.3d 649, 651 (8th Cir.1998) (failure to state claim), we affirm for the reasons set forth by the district court. *See* 8th Cir. R. 47B. We deny Faison's request for appointed counsel.

---

1. The Honorable James M. Rosenbaum, Chief Judge, United States District Court for the District of Minnesota, adopting the report and recommendations of the Honorable Susan Richard Nelson, United States Magistrate Judge for the District of Minnesota.